IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMBER JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC,<br><br>    Defendant. | Civil Action No.<br><br>1:21-cv-01103-SDG-JSA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING AMENDED CIVIL COVER SHEET

Plaintiff Amber Jackson ("Plaintiff"), by and through undersigned counsel of record, hereby notifies the Court of the filing of her amended Civil Cover Sheet. Due to administrative error, the original Civil Cover Sheet filed with the Court on March 18, 2021, did not include the related case information.

Respectfully submitted this 19th day of March, 2021.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135

*Attorney for Plaintiff Amber Jackson*

1

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
amanda@justiceatwork.com